**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-4535**

---

UNITED STATES OF AMERICA,

        Plaintiff – Appellee,

   v.

JANICE MARTINA MASON,

        Defendant – Appellant.

---

Appeal from the United States District Court for the District of Maryland, at Greenbelt. James K. Bredar, Senior District Judge.  (8:22-cr-00041-JKB-1)

---

Submitted:  July 8, 2024                         Decided:  January 6, 2025

---

Before AGEE and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

**ON BRIEF:**  James Wyda, Federal Public Defender, Baltimore, Maryland, Cullen Macbeth, Assistant Federal Public Defender, OFFICE OF THE FEDERAL PUBLIC DEFENDER, Greenbelt, Maryland, for Appellant.  Erek L. Barron, United States Attorney, Kim Y. Hagan, Assistant United States Attorney, Ari D. Evans, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Janice Mason appeals from her conviction for voluntary manslaughter, in violation of 18 U.S.C. § 1111. She argues that the district court erred in denying her motion to suppress statements that she gave to United States Park Police detectives on November 24, 2021, and November 26, 2021, asserting that she was "in custody" and did not receive *Miranda*[*] warnings.

We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Mason*, No. 8:22-cr-00041-JKB-1 (D. Md. Aug. 8, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid in the decisional process.

*AFFIRMED*

---

[*] *Miranda v. Arizona*, 384 U.S. 436 (1966).